# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM NELSON, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>HARRIS CORPORATION, WHICH WILL TRANSACT BUSINESS IN CALIFORNIA AS "HARRIS CORPORATION, A DELAWARE CORPORATION", a Delaware corporation, and DOES 1 - 50, INCLUSIVE,<br><br>Defendants. | Case No. 2:19-cv-00029-RGK-SS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

# [PROPOSED] ORDER

The Court has reviewed the Stipulation of Dismissal of Entire Action with Prejudice (the "Stipulation") filed by Plaintiff KIM NELSON ("Plaintiff") and Defendant HARRIS CORPORATION ("Defendant") (collectively, the "Parties").

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's Complaint in the above-referenced action shall be and hereby is dismissed with prejudice, with the Court retaining jurisdiction to enforce the terms of the Parties' settlement, if necessary.

IT IS SO ORDERED.

DATE: January 10, 2020

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 6, 2020 at Los Angeles, California.

/s/ Sabrina A. Beldner
Sabrina A. Beldner
